UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.19-10014 |
| | ) | |
| STEPHANIE LOBB, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendations of United States Magistrate Judge Jonathan Hawley to which there have been no timely objection, the plea of guilty of the Defendant to Count 1of the Superseding Indictment is hereby accepted, and Defendant is adjudged guilty of such offense. This matter remains set for sentencing on January 23, 2020 at 1:30 p.m. in Peoria.

ENTERED October 29, 2019.

s/ James E. Shadid
JAMES E. SHADID
United States District Judge